EMMA L. TAYLOR, Respondent, *v.* GLENS FALLS AUTOMOBILE COMPANY, Appellant.

*Taylor* v. *Glens Falls Automobile Co.*, 161 App. Div. 442, affirmed.
(Argued March 30, 1917; decided April 17, 1917.)

APPEAL from a judgment, entered March 31, 1914, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and reinstated said verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. The complaint alleged, among other things, that while defendant was operating an automobile on the highway leading from Glens Falls to Lake George at a point where the highway is intersected by a road leading to Luzerne, the defendant, without any precaution, and while plaintiff was lawfully walking on the west side of said highway, and some distance from the roadway thereof, so carelessly and negligently operated and ran an automobile that said automobile ran into the plaintiff with great speed and force, without giving any warning or signal of its approach or that it was about to turn out of said highway, knocking plaintiff down and running over her,

causing her to be seriously and permanently injured. The answer of the defendant puts in issue the allegation of negligence and also the allegation that plaintiff was out of the highway at the time of the accident.

*J. Edward Singleton* and *Lyman Jenkins* for appellant.

*Walter A. Chambers* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.